UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STUART PIVAR        Plaintiff,

  --against--

SEED MEDIA GROUP, LLC and
PAUL Z. MYERS

                     Defendants.

------------------------------------------------------------------x

07 Civ 7334 (SAS)

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i) Plaintiff hereby dismisses all causes of action in the complaint against defendants Seed Media Group, LLC ("Seed") and Paul Z. Myers ("Myers") without prejudice.

Seed and Myers were not served with a summons in this action. Seed and Myers have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Fed. R. Civ. P. 41(a)(1)(i) is therefore appropriate.

Dated: New York, New York
       August 23, 2007

SO ORDERED

By: _____
Michael J. Little (ML-2174)
Attorney for Plaintiff
26 Broadway
New York, NY 10004-1840
Telephone: (212) 480-9850